**STATE of Missouri, Respondent,**

v.

**James E. HECK, Appellant.**

**No. 63379.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 21, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 20, 1995.

Application to Transfer Denied
May 30, 1995.

Dan Viets, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for appellee.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*ORDER*

PER CURIAM.

A jury convicted defendant of one count of sale of a controlled substance, § 195.211 RSMo Supp.1993, for which he was sentenced to five years imprisonment. Defendant appeals the judgment entered on his conviction. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed in accordance with Rule 30.25(b). Respondent's motion to strike three of defendant's points in his reply brief is denied.